KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
IAN KANIG - # 295623
ikanig@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HAMMERLING and KAY JACKSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 3:21-cv-09004-CRB<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER ENLARGING BRIEFS ON GOOGLE'S MOTION TO DISMISS**<br><br>Judge:   Hon. Charles R. Breyer<br><br>Date Filed:   November 19, 2021<br><br>Trial Date:   Not Yet Set |

**STIPULATION TO ENLARGE BRIEFS ON GOOGLE'S MOTION TO DISMISS**

WHEREAS, Plaintiffs Marie Hammerling and Kay Jackson ("Plaintiffs") filed an Amended Class Action Complaint ("Amended Complaint") against Defendant Google LLC (together, "Parties") on August 8, 2022;

WHEREAS, Plaintiffs' Amended Complaint asserts ten causes of action for: (1) common law intrusion upon seclusion; (2) invasion of privacy; (3) fraud under both affirmative misrepresentation and omission theories; (4) violation of California's unfair competition law under the fraudulent, unfair, and unlawful prongs; (5) violation of California's Consumer Legal Remedies Act; (6) breach of contract; (7) breach of implied contract; (8) unjust enrichment; (9) relief under the Declaratory Judgment Act; and (10) relief under California's Invasion of Privacy Act;

WHEREAS, Section I.C of this Court's General Standing Order sets the maximum page-length for briefs filed in support of any motions, or in opposition thereto, to fifteen pages;

WHEREAS, the Parties agree that an additional five pages for the opening brief and for the opposition is necessary to address the number of issues that Google intends to raise in its forthcoming motion to dismiss, which is due on September 9, 2022 (*see* Dkt. No. 53);

WHEREAS, the Court previously granted the Parties' stipulation agreeing to the same enlargement of briefs with respect to Google's motion to dismiss Plaintiffs' original Class Action Complaint (*see* Dkt. No. 32);

NOW, THEREFORE, the Parties hereby agree and stipulate that: the maximum page-length for the memorandum of points and authorities in support of Google's forthcoming motion to dismiss Plaintiff's class action complaint, and Plaintiffs' opposition thereto, is twenty pages.

//
//
//
//
//

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: August 30, 2022 | KEKER, VAN NEST & PETERS LLP |
| | By: */s/ Christina Lee* |
| | BENJAMIN BERKOWITZ |
| | THOMAS E. GORMAN |
| | IAN KANIG |
| | CHRISTINA LEE |
| | Attorneys for Defendant GOOGLE LLC |
| Dated: August 30, 2022 | SCHUBERT JONCKHEER & KOLBE |
| | LOWEY DANNENBERG, P.C. |
| | By: */s/ Christian Levis* |
| | CHRISTIAN LEVIS |
| | Attorneys for Plaintiffs MARIE HAMMERLING and KAY JACKSON |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 30, 2022                          */s/ Christina Lee*
                                                                    CHRISTINA LEE

# [PROPOSED] ORDER

Having considered the Parties' stipulation to enlarge the briefs on Google's forthcoming motion to dismiss Plaintiffs' Amended Class Action Complaint, and good cause appearing therefor, the Court hereby enters the Parties' stipulation pursuant to Civil Local Rule 7–12. The maximum page-length for the memorandum of points and authorities in support of Google's forthcoming motion to dismiss Plaintiffs' Amended Class Action Complaint, and Plaintiffs' opposition thereto, is twenty pages.

**IT IS SO ORDERED.**

Dated: ___August 30___, 2022

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE