IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE HAMMERLING, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 21-cv-09004-CRB<br><br>**JUDGMENT** |

For the reasons explained in the Court's order dismissing this case, <u>see</u> dkt. 64, judgment is hereby entered in favor of Defendant Google LLC and against Plaintiffs Marie Hammerling and Kay Jackson.

**IT IS SO ORDERED.**

Dated: December 1, 2022

CHARLES R. BREYER
United States District Judge